## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| WILLIAM POWELL, Individually and for Others Similarly Situated, | Case No. 3:20-cv-00161 |
| v. | JUDGE: DICK |
| ONESOURCE EHS, L.L.C. | MAGISTRATE: BOURGEOUIS, JR. |

### POWELL'S MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE

Plaintiff William Powell moves for conditional certification, judicial notice, and for disclosure of the names and addresses of potential "opt-in" plaintiffs. This action arises from a "generally applicable rule, policy, or practice" pursuant to 29 U.S.C. § 216(b). In support of this motion, Powell relies on the arguments set forth in the attached memorandum in support.

Respectfully Submitted,

By: /s/ Carl A. Fitz
**Michael A. Josephson**
Texas Bar No. 24014780
**Andrew W. Dunlap**
Texas Bar No. 24078444
**Carl A. Fitz**
Texas Bar No. 24105863
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
adunlap@mybackwages.com
mjosephson@mybackwages.com
cfitz@mybackwages.com

**AND**

/s/ Philip Bohrer
**Philip Bohrer (#14089)**
phil@bohrerbrady.com
**Scott E. Brady (#24976)**
scott@bohrerbrady.com

1

**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000

**AND**

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713) 877-8065
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE OF PLAINTIFF AND THE PUTATIVE CLASS MEMBERS**

**CERTIFICATE OF SERVICE**

On September 9, 2020, I served a copy of this document on all registered parties and/or their counsel of record, via the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*/s/ Carl A. Fitz*
**CARL A. FITZ**